| | |
|---|---|
| 1 | Steven C. Vondran, SBN 232337 |
| 2 | **THE LAW OFFICES OF STEVEN C. VONDRAN, PC**<br>One Sansome Street, Suite 3500 |
| 3 | San Francisco, California  94104<br>Telephone: (877) 276-5084 |
| 4 | Facsimile:  (888) 551-2252 |
| 5 | steve@vondranlegal.com |
|   | Attorney for IP ADDRESS 73.231.245.153 |

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC.  <br>　　　　Plaintiff,  <br>　　vs.  <br>John Doe subscriber assigned IP address 73.231.245.153  <br>　　　　Defendants. | No. 3:18-cv-05831  <br>**NOTICE OF APPEARANCE FOR IP ADDRESS 73.231.245.153** |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP ADDRESS 73.231.245.153.

　　　DATED this 19th day of December , 2018.

　　　　　　　　　　　　　　　　　　**THE LAW OFFICES OF STEVEN VONDRAN, P.C.**


　　　　　　　　　　　　　　　　By /S/  Steve Vondran
　　　　　　　　　　　　　　　　　　Steven C. Vondran, Esq.
　　　　　　　　　　　　　　　　　　*Attorneys for IP 73.231.245.153*

**ORIGINAL** of the foregoing *e-filed* this 3rd day of December 2018, with:

UNITED STATES DISTRICT COURT

**JUDGE LAUREL BEELER**
**450 GOLDEN GATE AVENUE**
**COURTROOM B, 15TH FLOOR**
**SAN FRANCISCO, CA  94102**

**COPY** *mailed* this date to:

Fox Rothschild LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California  90067
**Attn: Lincoln Dee Bandlow, Esq.**
Facsimile:  (310) 556-9828
Email: lbandlow@foxrothschild.com

    Executed on December 19th*, 2018,* at Balboa Island, CA

                                By:   */s/     Lisa Vondran* _____
                                         Lisa Vondran, Assistant